**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-CR-00011-01-DGK |
| | ) | |
| NICHOLAS GENE MIESNER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

On June 25, 2026, the Honorable Magistrate Judge Lajuana M. Counts held a competency hearing. ECF Nos. 38, 40. Now before the Court is Judge Counts' report and recommendation that Defendant Nicholas Gene Miesner is competent to proceed in this case. ECF No. 39.

After an independent, de novo review of the record and applicable law, the Court ADOPTS the report and recommendation in its entirety, and the Court finds that Defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him and assisting in his defense.

**IT IS SO ORDERED.**

Date:  July 28, 2026  

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT